THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD SCOBIE, JR., SOL HORN, MACK L. FALK and THOMAS FERLAZO, Appellants.

Submitted October 17, 1939; decided November 14, 1939.

*George W. Herz* for appellants.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

As to each defendant: Judgment affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.